Karin P. Beam, Esq. (State Bar No. 112331)
Warren L. Dranit, Esq. (State Bar No. 160252)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
Telephone:    (707) 524-1900
Facsimile:    (707) 524-1906
email: beam@smlaw.com; dranit@smlaw.com

Attorneys for Plaintiff
The Olive Press LLC

FILED

JUL 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U. S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RS

THE OLIVE PRESS LLC, a California limited liability company,

Plaintiff,

vs.

FRANK FIGONE, an individual; FIGONE'S OF CALIFORNIA OLIVE OIL CO., business of unknown form; Does 1 to 10, inclusive,

Defendants.

Case No.:

C 07 3780

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

BY FAX

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 20, 2007

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Plaintiff
THE OLIVE PRESS LLC

By: /s/ Warren L. Dranit
Warren L. Dranit

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS