1  Karin P. Beam, Esq. (State Bar No. 112331)
   Warren L. Dranit, Esq. (State Bar No. 160252)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA 95402
4  Telephone:    (707) 524-1900
   Facsimile:    (707) 524-1906
5  email: beam@smlaw.com; dranit@smlaw.com

6  Attorneys for Plaintiff
   The Olive Press LLC
7

8                    U. S. DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9

10 | THE OLIVE PRESS LLC, a California limited liability company, | Case No.: C 07 3780 RS |
11 | | |
12 | Plaintiff, | PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT FRANK FIGONE |
13 | vs. | |
14 | FRANK FIGONE, an individual; FIGONE'S OF CALIFORNIA OLIVE OIL CO., business of unknown form; Does 1 to 10, inclusive, | |
15 | | |
16 | Defendants. | |

Proof of Service of Summons and Complaint on Defendant Frank Figone        C 07 3780 RS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SPAULDING, MCCULLOUGH & TANSIL, LLP<br>ATTORNEYS AT LAW<br>90 "E" STREET, SUITE #200<br>SANTA ROSA, CA  95404 | (707) 524-1900 | |
| ATTORNEY FOR (NAME)    PLAINTIFF, THE OLIVE PRESS | REFERENCE NUMBER<br>0F259757-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
THE OLIVE PRESS LLC vs. FRANK FIGONE

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>C073780RS |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE;COMPLAINT;CERTIFICATION OF INTERESTED ENTITIES OR PARTIES;STANDING ORDER RE INITIAL CASE MANAGEMENT;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE;CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;REQUEST FOR REASSIGNMENT

**Name of Defendant:** FRANK FIGONE
**Person Served:** JACQUELINE RENFORT
**Title:** PERSON IN CHARGE

**Date of Delivery:** 08/23/07
**Time of Delivery:** 04:10 pm

**Place of Service:** 14301 ARNOLD DRIVE
GLEN ELLEN, CA 95442         (Business)

**Date of Mailing:** 08/23/07
**Place of Mailing:** SANTA ROSA

**Physical Description:**

| AGE: | 20'S | HAIR: | BRN | HEIGHT: | 5'7" | RACE: | CAUCASIAN |
| SEX: | FEMALE | EYES: | BLUE | WEIGHT: | 125LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:** ☐ Federal Rules of Civil Procedure
☒ California Code of Civil Procedure

**Fee for service:** $ 79.90

---

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

☒ Registered: SONOMA County,
Number: P-380

Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814
(916) 441-4396             CLIENT FILE # 7110

30C/0F259757-01             PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: August 29, 2007
at: SANTA ROSA, California.

Signature: [signature]
Name: CHARLES DARWIN
Title: REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SPAULDING, MCCULLOUGH & TANSIL, LLP<br>ATTORNEYS AT LAW<br>90 "E" STREET, SUITE #200<br>SANTA ROSA, CA 95404 | (707) 524-1900 | |
| ATTORNEY FOR (NAME): PLAINTIFF, THE OLIVE PRESS | REFERENCE NUMBER<br>0F259757-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
THE OLIVE PRESS LLC vs. FRANK FIGONE

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C073780RS |
|---|---|---|---|---|

**I received the within process on August 20, 2007 and that after due and diligent effort I have been unable to effect personal service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.**

    Name:      FRANK FIGONE

    Business:  14301 ARNOLD DRIVE
               GLEN ELLEN, CA 95442

## As enumerated below:

| | | |
|---|---|---|
| 08/20/07 | 02:27 pm | ATTEMPTED SERVICE AT BUSINESS ADDRESS, SUBJECT NOT IN PER EMPLOYEE. |
| 08/21/07 | 03:50 pm | ATTEMPTED SERVICE AT BUSINESS ADDRESS, SUBJECT NOT IN PER EMPLOYEE. |
| 08/23/07 | 04:10 pm | ATTEMPTED SERVICE AT BUSINESS ADDRESS, SUBJECT NOT IN PER EMPLOYEE. |
| 08/23/07 | 04:10 pm | SUBSTITUTED SERVICE |

**Fee for service:**    $ 79.90

| [X] Registered: SONOMA County,<br>Number: P-380<br>**Attorney's Diversified Services**<br>CLIENT FILE # 7110 | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed<br>on: August 29, 2007<br>at: SANTA ROSA, California.<br>Signature:<br>Name: CHARLES DARWIN |
|---|---|
| 321/0F259757-01   DECLARATION OF DILIGENCE | Title: REGISTERED PROCESS SERVER |

| | | | |
|---|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)**<br>SPAULDING, MCCULLOUGH & TANSIL, LLP<br>ATTORNEYS AT LAW<br>90 "E" STREET, SUITE #200<br>SANTA ROSA, CA 95404 | **TELEPHONE NO.**<br>(707) 524-1900 | **FOR COURT USE ONLY** | |
| **ATTORNEY FOR (NAME)** PLAINTIFF, THE OLIVE PRESS | **REFERENCE NUMBER**<br>0F259757-01 | | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

**SHORT NAME OF CASE**
THE OLIVE PRESS LLC vs. FRANK FIGONE

| PROOF OF SERVICE BY MAIL | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>C073780RS |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of SONOMA, California. I am over the age of 18 and not a party to this action. My business address is 2421 Mendocino Avenue, #200A, SANTA ROSA, CA 95403.

On August 23, 2007, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D) (1) was made), I mailed copies of the:
SUMMONS IN A CIVIL CASE;COMPLAINT;CERTIFICATION OF INTERESTED ENTITIES OR PARTIES;STANDING ORDER RE INITIAL CASE MANAGEMENT;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE;CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;REQUEST FOR REASSIGNMENT

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ROSA, **California, addressed as follows:**

FRANK FIGONE
14301 ARNOLD DRIVE
GLEN ELLEN, CA 95442

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

**Fee for service:** $ 79.90

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: SACRAMENTO County,
Number: 2005-05

**Attorney's Diversified Services**
1424 21st Street
Sacramento, CA 95814
(916) 441-4396
322/0F259757-01

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: August 29, 2007, California.
at: SANTA ROSA
Signature: _____
Name: PAM LORENCE
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER

PROOF OF SERVICE BY MAIL