Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
On Lu, Esq. (Cal. Bar No. 242693)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       dfingerman@mount.com
       olu@mount.com

Attorneys for Frank Figone and
Figone's of California Olive Oil Company

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| THE OLIVE PRESS LLC,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>FRANK FIGONE and FIGONE'S OF  )<br>CALIFORNIA OLIVE OIL COMPANY,  )<br><br>Defendant.  ) | Case No. 5:07-cv-03780 (RS)<br><br>**Stipulation To Extend Time To Respond To Complaint**<br><br>Judge:   Hon. Magistrate Judge Richard Seeborg |

Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000

1   Pursuant to Civil Local Rule 6-1(a), the parties have agreed to extend the time within which
2   Defendants Frank Figone and Figone's Of California Olive Oil Company must answer or otherwise
3   respond to the complaint. The new, agreed deadline for both Defendants to answer or otherwise
4   respond to the complaint is September 19, 2007.

5   The parties believe this extension will not require the court to change any other date or
6   deadline.

8   Dated: September 12, 2007        Mount & Stoelker, P.C.
                                      Daniel H. Fingerman, Esq.
9                                         /s/
                                     ─────────────────────────────
10                                    Attorneys for Frank Figone and
                                      Figone's of California Olive Oil Company

12  Dated: September 12, 2007        Spaulding McCullough & Tansil LLP
                                      Warren L. Dranit
13                                        /s/
                                     ─────────────────────────────
14                                    Attorneys for The Olive Press, LLC

15  I attest that the above-identified attorneys have concurred in the filing of this document.

17  Dated: September 12, 2007        Mount & Stoelker, P.C.
                                      Daniel H. Fingerman, Esq.
18                                        /s/
                                     ─────────────────────────────
19                                    Attorneys for Frank Figone and
                                      Figone's of California Olive Oil Company

22  Z:\CLIENTS\F CLIENTS\Figon001\Attorney Notes\Working Pleadings\Stipulation to Extend Time.doc

Case No. 5:07-cv-03780 (RS)                                                              Page 1
Stipulation To Extend Time To Respond To Complaint