Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
On Lu, Esq. (Cal. Bar No. 242693)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
          dfingerman@mount.com
          olu@mount.com

Attorneys for Frank Figone and
Figone's of California Olive Oil Company

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| THE OLIVE PRESS LLC, | Case No. 5:07-cv-03780 (RS) |
| Plaintiff, | **Stipulation To Extend Time To Respond To Complaint** |
| vs. | |
| FRANK FIGONE and FIGONE'S OF CALIFORNIA OLIVE OIL COMPANY, | Judge:   Hon. Magistrate Judge Richard Seeborg |
| Defendant. | |

Pursuant to Civil Local Rule 6-1(a), the parties have agreed to extend the time within which Defendants Frank Figone and Figone's Of California Olive Oil Company must answer or otherwise respond to the complaint. The new, agreed deadline for both Defendants to answer or otherwise respond to the complaint is September 26, 2007.

The parties believe this extension will not require the court to change any other date or deadline.

Dated: September 19, 2007

Mount & Stoelker, P.C.
Daniel H. Fingerman, Esq.
/s/
Attorneys for Frank Figone and
Figone's of California Olive Oil Company

Dated: September 19, 2007

Spaulding McCullough & Tansil LLP
Warren L. Dranit
/s/
Attorneys for The Olive Press, LLC

I attest that the above-identified attorneys have concurred in the filing of this document.

Dated: September 19, 2007

Mount & Stoelker, P.C.
Daniel H. Fingerman, Esq.
/s/
Attorneys for Frank Figone and
Figone's of California Olive Oil Company

Z:\CLIENTS\F CLIENTS\Figon001\Attorney Notes\Working Pleadings\Stipulation to Extend Time.doc