Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
On Lu, Esq. (Cal. Bar No. 242693)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       dfingerman@mount.com
       olu@mount.com

Attorneys for Defendants Frank Figone and
Figone's of California Olive Oil Company

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| THE OLIVE PRESS LLC, | Case No. 5:07-cv-03780 (RS) |
| Plaintiff, | **Stipulation To Extend Time To Respond To Complaint** |
| vs. | Judge:   Hon. Magistrate Judge Richard Seeborg |
| FRANK FIGONE and FIGONE'S OF CALIFORNIA OLIVE OIL COMPANY, | |
| Defendant. | |

Pursuant to Civil Local Rule 6-1(a), the parties have agreed to extend the time within which Defendants Frank Figone and Figone's Of California Olive Oil Company must answer or otherwise respond to the complaint.  The new, agreed deadline for both Defendants to answer or otherwise respond to the complaint is October 3, 2007.

The parties believe this extension will not require the court to change any other date or deadline.

Dated: September 26, 2007                    Mount & Stoelker, P.C.

                                             _____/s/_____
                                             On Lu, Esq.
                                             Attorneys for Defendants Frank Figone and
                                             Figone's of California Olive Oil Company

1  Dated: September 26, 2007            Spaulding McCullough & Tansil LLP

2                                        /s/
                                         _____
3                                        Warren L. Dranit
                                         Attorney for The Olive Press, LLC
4

5     I attest that the above-identified attorney has concurred in the filing of this document.

6

7  Dated: September 26, 2007            Mount & Stoelker, P.C.

8                                        /s/
                                         _____
9                                        On Lu, Esq.
                                         Attorneys for Defendants Frank Figone and
10                                       Figone's of California Olive Oil Company