Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
On Lu, Esq. (Cal. Bar No. 242693)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       dfingerman@mount.com
       olu@mount.com

Attorneys for Frank Figone and
Figone's of California Olive Oil Co.

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| THE OLIVE PRESS LLC, | Case No. 5:07-cv-03780 (RS) |
| Plaintiff, | **Answer to Complaint** |
| vs. | |
| | **Demand For Jury Trial** |
| FRANK FIGONE and FIGONE'S OF CALIFORNIA OLIVE OIL CO., | |
| Defendant. | |

Defendants Frank Figone and Figone's of California Olive Oil Company (collectively, "Defendants") answer the Complaint as follows.

## Jurisdiction and Venue

1.  Defendants admit that the Complaint purports to assert claims under the Lanham Act and the statutory and common law of California, but Defendants deny that such claims are stated. Defendants deny all other averments in this paragraph of the Complaint not expressly admitted.

2.  Defendants admit this court has original subject matter jurisdiction under 15 U.S.C. § 1121(a) and 28 U.S.C. § 1338(b) if the Complaint states the claims for relief upon which relief can be granted that it purports to assert, but Defendants deny that such claims are stated. Defendants deny all other averments in this paragraph of the Complaint not expressly admitted.

3.  Defendants admit this court has discretion to assert supplement jurisdiction under 28 U.S.C. § 1367 over the claims arising under state law if the Complaint states the claims for relief upon which relief can be granted that it purports to assert, but Defendants deny that such claims are stated. Defendants deny all other averments in this paragraph of the Complaint not expressly admitted.

4.  Defendants admit they conduct business within this District. Defendants deny all other averments in this paragraph of the Complaint not expressly admitted.

5.  Defendants admit that venue is proper in this District and this Division under 28 U.S.C. § 1391 and the Civil Local Rules of the Northern District of California.

## Intradistrict Assignment

6.  Defendants admit that assignment to this Division is appropriate under Civil L.R. 3-2(c). Defendants deny all other averments in this paragraph of the Complaint not expressly admitted.

## The Plaintiff

7.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

8.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

**Plaintiff's Trademark Registrations**

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

14. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

**Plaintiff's Retail Store Services**

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

17. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

**The Figone Defendants**

18. Defendant Frank Figone admits that he is an individual with a place of business in Sonoma County, California. Defendants deny all other averments in this paragraph of the Complaint not expressly admitted.

19. Defendant Figone's of California Olive Oil Company admits that it is a business organization with a place of business in Glen Ellen, California. Defendants deny all other averments in this paragraph of the Complaint not expressly admitted.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

20. Defendants admit that Frank Figone is the principal of Figone's of California Olive Oil Company and that the plaintiff purports to refer collectively to the Defendants in portions of the Complaint as "Figone". Defendants deny all other averments in this paragraph of the Complaint not expressly admitted.

21. Defendants admit that they have produced and sold olives and olive-related products. Defendants deny all other averments in this paragraph of the Complaint not expressly admitted.

### Doe Defendants

Defendants object to the plaintiff's putative assertion of claims against Doe Defendants. Such pleading is improper.

22. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

23. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

### Additional Factual Background

24. Defendants are informed and believe that Bernard MacElhenny is the landlord of Defendants' retail store location but are without knowledge or information sufficient to form a belief as to the truth of the other averments in this paragraph of the complaint and, on that basis, deny them.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

29. Defendants admit that Figone's of California Olive Oil Company began doing business in Glen Ellen, California in 2007 and that its business relates to olives and olive-related products. Defendants are without knowledge or information sufficient to form a belief as to the truth of the

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

other averments in this paragraph of the Complaint which are not expressly admitted and, on that basis, deny them.

30. Defendants deny the averments of this paragraph of the Complaint.

    a. Defendants deny the averments of this paragraph of the Complaint.

    b. Defendants deny the averments of this paragraph of the Complaint.

    c. Defendants deny the averments of this paragraph of the Complaint.

    d. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

    e. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

    f. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

31. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

32. Defendants deny the averments of this paragraph of the Complaint.

33. Defendants deny the averments of this paragraph of the Complaint.

34. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

35. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

36. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph of the Complaint and, on that basis, deny them.

### First Claim For Relief

### Violation of Lanham Act § 32

37. Defendants incorporate by reference all above paragraphs as though fully set forth herein.

38. Defendants deny the averments of this paragraph of the Complaint.

39. Defendants deny the averments of this paragraph of the Complaint.

MOUNT & STOELKER, P.C.  
RIVERPARK TOWER, SUITE 1650  
333 WEST SAN CARLOS STREET  
SAN JOSE, CALIFORNIA 95110-2740  
TELEPHONE (408) 279-7000

1    40.    Defendants deny the averments of this paragraph of the Complaint.

2    41.    Defendants deny the averments of this paragraph of the Complaint.

3    42.    Defendants deny the averments of this paragraph of the Complaint.

4    Defendants deny that plaintiff is entitled to any relief.

## Second Claim For Relief

## Violation of Lanham Act § 43(a)

7    43.    Defendants incorporate by reference all above paragraphs as though fully set forth herein.

9    44.    Defendants deny the averments of this paragraph of the Complaint.

10    45.    Defendants deny the averments of this paragraph of the Complaint.

11    46.    Defendants deny the averments of this paragraph of the Complaint.

12    47.    Defendants deny the averments of this paragraph of the Complaint.

13    48.    Defendants deny the averments of this paragraph of the Complaint.

14    49.    Defendants deny the averments of this paragraph of the Complaint.

15    Defendants deny that plaintiff is entitled to any relief.

## Third Claim For Relief

## Infringement of Common Law Trademark Rights

18    50.    Defendants incorporate by reference all above paragraphs as though fully set forth herein.

20    51.    Defendants deny the averments of this paragraph of the Complaint.

21    52.    Defendants deny the averments of this paragraph of the Complaint.

22    53.    Defendants deny the averments of this paragraph of the Complaint.

23    54.    Defendants deny the averments of this paragraph of the Complaint.

24    55.    Defendants deny the averments of this paragraph of the Complaint.

25    Defendants deny that plaintiff is entitled to any relief.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

## Fourth Claim For Relief

### Violation of California Business & Professions Code § 14330

56.  Defendants incorporate by reference all above paragraphs as though fully set forth herein.

57.  Defendants deny the averments of this paragraph of the Complaint.

58.  Defendants deny the averments of this paragraph of the Complaint.

Defendants deny that plaintiff is entitled to any relief.

## Fifth Claim For Relief

### Violation of California Business & Professions Code § 17200

59.  Defendants incorporate by reference all above paragraphs as though fully set forth herein.

60.  Defendants deny the averments of this paragraph of the Complaint.

61.  Defendants deny the averments of this paragraph of the Complaint.

62.  Defendants deny the averments of this paragraph of the Complaint.

Defendants deny that plaintiff is entitled to any relief.

## Plaintiff's Prayer For Relief

Defendants deny that plaintiff is entitled to any relief.

## Defenses

Without altering the burden of proof, Defendants assert the following defenses. Defendants assert these defenses based upon an investigation that is not complete and without the benefit of any discovery from Plaintiff. Defendants' investigation of its defenses is continuing; and Defendant reserves all affirmative and other defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the laws of the United States and of California, and any other defenses at law or in equity that may now exist or in the future be available based upon discovery and further investigation.

1.  The complaint contains false averments which should be stricken.

2.  The complaint fails to state a claim upon which relief may be granted.

3.  Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands.

4.  Plaintiff's claims are barred in whole or in part by the doctrine of waiver.

Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000

5. Plaintiff's claims are barred in whole or in part by the doctrine of estoppel.

6. Plaintiff's claims are bared in whole or in part by the doctrine of failure to do equity.

7. Plaintiff's claims are limited by its failure to mitigate its damages.

8. The complaint fails to demonstrate the inadequacy of legal relief.

9. The complaint fails to demonstrate a likelihood of irreparable harm.

10. The complaint fails to state facts sufficient to allow recovery of attorneys' fees or costs of suit by plaintiff.

11. The complaint fails to state facts sufficient to allow plaintiff to recover any form of enhanced damages, such as punitive, exemplary, or trebled damages.

## Defendants' Prayer For Relief

Defendants seek the following relief:

1. Plaintiff take nothing by its complaint;

2. Plaintiff's complaint be dismissed with prejudice;

3. A judgment declaring this to be an exceptional case and awarding Defendants their costs, including attorney fees;

4. A preliminary and permanent injunction enjoining plaintiff from contacting the customers, prospective customers, suppliers, and prospective suppliers of Defendants;

5. Such other and further relief as the court may deem just and proper.

## Jury Demand

Defendants demand a trial by jury on all issues so triable.

Dated: October 3, 2007

Mount & Stoelker, P.C.
Daniel H. Fingerman, Esq.
/s/
Attorneys for Frank Figone and
Figone's of California Olive Oil Co.

Z:\CLIENTS\F CLIENTS\FIGON001\Attorney Notes\Working Pleadings\Answer.doc

Case No. 5:07-cv-03780 (RS)
Answer to Complaint

Page 7

Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000