Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
On Lu, Esq. (Cal. Bar No. 242693)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com
       dfingerman@mount.com
       olu@mount.com

Attorneys for Frank Figone and
Figone's of California Olive Oil Company

United States District Court
Northern District of California, San Jose Division

| | |
|---|---|
| THE OLIVE PRESS LLC, | Case No. 5:07-cv-03780 (RS) |
| Plaintiff, | **Defendants' Disclosure of Interested Persons and Entities** |
| vs. | |
| FRANK FIGONE and FIGONE'S OF CALIFORNIA OLIVE OIL COMPANY, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: The undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 3, 2007    Mount & Stoelker, P.C.
                          Daniel H. Fingerman, Esq.
                          ___/s/_____
                          Attorneys for Frank Figone and
                          Figone's of California Olive Oil Company

Z:\CLIENTS\F CLIENTS\FIGON001\Attorney Notes\Working Pleadings\Disclosure of Interested Persons.doc