1  Karin P. Beam, Esq.  (State Bar No. 112331)
   Warren L. Dranit, Esq.  (State Bar No. 160252)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone:    (707) 524-1900
   Facsimile:     (707) 524-1906
5  email:  beam@smlaw.com; dranit@smlaw.com

6  Attorneys for Plaintiff
   The Olive Press LLC

7

8                          U. S. DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | THE OLIVE PRESS LLC, a California limited liability company, | Case No.:  C07-3780 RS |
   |---|---|
12 | Plaintiff, | NOTICE OF SETTLEMENT OF CASE |
13 | vs. | |
14 | FRANK FIGONE, an individual; FIGONE'S OF CALIFORNIA OLIVE OIL CO., business of unknown form; Does 1 to 10, inclusive, | |
15 | | |
16 | Defendants. | |

17
        The parties hereto advise the court that they have reached a settlement in the above-referenced
18
   matter.  A mutually agreed settlement document is in the process of being executed by the parties.
19
   The parties anticipate that they will complete execution of the settlement agreement and file a
20
   stipulated voluntary dismissal in this case on or before October 31, 2007.
21

22  DATED: October 17, 2007                    SPAULDING McCULLOUGH & TANSIL LLP
                                                Attorneys for Plaintiff THE OLIVE PRESS LLC
23

24
                                                By: _____/wld/_____
25                                                      Warren L. Dranit

26

27

28

---

NOTICE OF SETTLEMENT OF CASE                                              Case No. C07-3780 RS
*The Olive Press LLC v. Frank Figone, et al.*