1  Karin P. Beam, Esq.  (State Bar No. 112331)
   Warren L. Dranit, Esq.  (State Bar No. 160252)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone:     (707) 524-1900
   Facsimile:     (707) 524-1906
5  email:  beam@smlaw.com; dranit@smlaw.com

6  Attorneys for Plaintiff
   The Olive Press LLC
7

8                          U. S. DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | THE OLIVE PRESS LLC, a California limited liability company, | Case No.:  C07-3780 RS |
   |---|---|
12 | Plaintiff, | STIPULATION OF DISMISSAL |
13 | vs. | FRCP 41(a)(1) |
14 | FRANK FIGONE, an individual; FIGONE'S OF CALIFORNIA OLIVE OIL CO., business of unknown form; Does 1 to 10, inclusive, | |
15 | | |
16 | Defendants. | |

17

18

19

20

21

22

23

24

25

26

27

28

1
STIPULATION OF DISMISSAL

## Stipulation of Dismissal

In the settlement of this action, plaintiff The Olive Press, LLC ("TOP") and defendants Frank Figone and Figone's of California Olive Oil Co. (collectively, "Figone") have executed a Settlement Agreement effective October 11, 2007 (the "Settlement Agreement"). Pursuant to that Settlement Agreement, it is hereby stipulated by and between TOP and Figone, through their designated counsel, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED:  October 23, 2007                     SPAULDING McCULLOUGH & TANSIL LLP
                                             Attorneys for Plaintiff THE OLIVE PRESS LLC

                                             By: _____/wld/_____
                                                     Warren L. Dranit

DATED:  October 23, 2007                     MOUNT & STOELKER, P.C.
                                             Attorneys for Defendants Frank Figone and
                                             Figone's of California Olive Oil Co.

                                             By: _____/s/_____
                                                     On Lu

I attest that the above-identified attorneys have concurred in the filing of this document.

DATED:  October 23, 2007                     SPAULDING McCULLOUGH & TANSIL LLP
                                             Attorneys for Plaintiff THE OLIVE PRESS LLC

                                             By: _____/wld/_____
                                                     Warren L. Dranit

<u>Stipulation of Dismissal</u>

In the settlement of this action, plaintiff The Olive Press, LLC ("TOP") and defendants Frank Figone and Figone's of California Olive Oil Co. (collectively, "Figone") have executed a Settlement Agreement effective October 11, 2007 (the "Settlement Agreement"). Pursuant to that Settlement Agreement, it is hereby stipulated by and between TOP and Figone, through their designated counsel, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: October __, 2007          SPAULDING McCULLOUGH & TANSIL LLP
                                 Attorneys for Plaintiff THE OLIVE PRESS LLC


                                 By:_____
                                     Warren L. Dranit


DATED: October 23, 2007          MOUNT & STOELKER, P.C.
                                 Attorneys for Defendants Frank Figone and
                                 Figone's of California Olive Oil Co.


                                 By:_____
                                     On Lu

I attest that the above-identified attorneys have concurred in the filing of this document.

DATED: October __, 2007          SPAULDING McCULLOUGH & TANSIL LLP
                                 Attorneys for Plaintiff THE OLIVE PRESS LLC


                                 By:_____
                                     Warren L. Dranit